Diane E. Coderniz  #279458
BAKER MANOCK & JENSEN, PC
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone: 559.432.5400
Facsimile: 559.432.5620

Attorneys for   Defendant DAVID DUNCAN

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>TONI L. SOLGAARD, Trustee of the Albert & Toni Solgaard Trust; DAVID DUNCAN; DOES 1-10,<br><br>        Defendants. | CASE No. 2:16-CV-00914-WBS-CKD<br><br>**ORDER RE STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING** |

The Parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the deadline for Defendants TONI L. SOLGAARD, Trustee of the Albert & Toni Solgaard Trust, and DAVID DUNCAN to file a responsive pleading in the above captioned case is continued until July 25, 2016.

Dated:  July 19, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1842841v1 / 19954.0001

[PROPOSED] ORDER RE STIPULATION TO CONTINUE DEADLINE FOR DEFENDANTS TO FILE RESPONSIVE PLEADING