UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,

v.

TONI L. SOLGAARD, Trustee of the Albert & Toni Solgaard Trust;
DAVID DUNCAN; and Does 1-10,

    Defendants.

Case No.: 2:16-CV-00914-WBS-CKD

**ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days, and no later than **September 26, 2016**, or a Joint Status Report if settlement has not been finalized by that date. The Scheduling Conference currently set for 8/29/2016 is continued to **October 11, 2016 at 1:30 p.m**., at which time the parties, by and through their attorneys of record shall show cause why this case is not dismissed. If this case is dismissed prior to this hearing, the hearing will be automatically vacated and no appearance shall be required.

**IT IS SO ORDERED.**

**Dated:  July 26, 2016**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE