UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TONI L. SOLGAARD, Trustee of the Albert & Toni Solgaard Trust; DAVID DUNCAN; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:16-CV-00914-WBS-CKD<br><br>**ORDER** |

## **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  August 8, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE